IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDY PEREZ LEYBA                    :
                                    :
              Petitioner,           :    3:26-cv-1549
                                    :    (JUDGE MARIANI)
      v.                            :
                                    :
WARDEN, PIKE COUNTY                 :
CORRECTIONAL FACILITY               :
                                    :
              Respondent.           :

## ORDER

AND NOW, THIS 24th DAY OF JUNE 2026, upon consideration of Petitioner Andy

Perez Leyba's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1),

Respondent's response, (Doc. 6), Petitioner's traverse and supplement (Docs. 7-8), and for

the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY**

**ORDERED THAT**:

1.  Petitioner's habeas petition is **DENIED**.

2.  Petitioner's motion to supplement (Doc. 8) is **GRANTED**.

3.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge